Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of the Interborough Rapid Transit Company, against Frank A. O'Donnel and others, as commissioners, etc. H. W. Taft, for appellant. W. H. King, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. INTERBOROUGH RAPID TRANSIT CO., Appellant, v. RAYMOND et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of the Interborough Rapid Transit Company, against Frank Raymond and others, as Commissioners, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. ISAACSON, Respondent, v. FALLON, Warden, etc., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Proceeding by the People of the State of New York, on the relation of Samuel D. Isaacson, against John J. Fallon, Warden of the City Prison, etc. No opinion. Motion denied. See, also, 126 N. Y. Supp. 1142; 127 N. Y. Supp. 710.

PEOPLE ex rel. LAMBERT v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of James L. Lambert, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements, and writ dismissed.

PEOPLE ex rel. LEAVY v. BAKER. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of William A. Leavy, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. McCALL, Appellant, v. CITY OF ALBANY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Proceeding by the People of the State of New York, on the relation of Henry S. McCall, against the City of Albany, James H. McEwan, as Mayor, and Wallace Greenalch, as Commissioner of Public Works, of the City of Albany, and the New York Central & Hudson River Railroad Company. No opinion. Order unanimously affirmed, with $10 costs and disbursements. See, also, 126 N. Y. Supp. 1142.

PEOPLE ex rel. McMANUS v. WALDO, Fire Com'r. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Proceeding by the People of the State of New York, on the relation of Andrew P. McManus, against Rhinelander Waldo, as Fire Commissioner, etc. H. M. Schaap, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MAGUIRE, Respondent, v. PRENDERGAST, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of Andrew J. Maguire, against Wm. H. Prendergast, as Comptroller, and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. MANHATTAN–HUDSON REALTY CO. v. WILLIAMS, State Comptroller (Supreme Court, Appellate Division, Third Department, March 8, 1911.) Proceeding by the People of the State of New York, on the relation of the Manhattan-Hudson Realty Company, against Clark Williams, as Comptroller of the State of New York. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. MANHATTAN RY. CO., Appellant, v. WOODBURY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Proceeding by the People of the State of New York, on the relation of the Manhattan Railway Company, against Egbert E. Woodbury and others. R. R. Rogers, for appellant. C. A. Peters, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements, and judgment affirmed. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent, on the ground that 7 per cent. should be allowed as the basis upon which the value of the special franchise should be capitalized.

PEOPLE ex rel. MATTHEWS et al., Respondents, v. PERLEY et al., State Board of Tax Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Proceeding by the People of the State of New York, on the relation of James Matthews and another, against Frank E. Perley and others, constituting the State Board of Tax Commissioners. No opinion. Final order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MENCKE, Appellant, v. BAKER, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of George A. Mencke, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements, and writ dismissed.

PEOPLE ex rel. NEW YORK, O. & W. RY. CO., Respondent, v. WAKEMAN et al., Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.)